UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID LEE NICKELSON,**

    **Plaintiff,**

v.                                           Case No. 5:20cv259-TKW-MJF

**KEITH R. HARRIS,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 2). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed for lack of subject matter jurisdiction. Accordingly, it is

    **ORDERED** that:

    1.    The Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 2nd day of November, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**